The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN SANFT, <br><br> Defendant. | NO. 2:19-cr-00258-RAJ <br><br> ORDER CONTINUING TRIAL DATE |

This matter came before the Court on the parties' Agreed Motion to Continue Trial Date (Dkt. # 64).  The Court finds and rules as follows:

1. On December 17, 2019, the grand jury charged John Sanft and co-defendants Louie Sanft and Seattle Barrel Company with conspiracy, violations of the Clean Water Act, and making false statements.  Defendants were arraigned on January 9, 2020.  On February 2, 2020, on a joint motion of the parties, the Court continued the trial to October 19, 2020.  On August 10, 2020, because of conditions resulting from the pandemic, the Court granted a joint motion to continue the trial to June 27, 2021.  On February 19, 2021, again because of the pandemic, the Court granted a joint motion to continue the trial to November 1, 2020.

2. On June 1, 2021, defendant Louie Sanft moved to sever the trials of Louie Sanft and John Sanft.  John Sanft joined the motion, arguing that a joint trial would result

ORDER CONTINUING TRIAL DATE - 1
*United States v. John Sanft*

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  in the introduction of evidence that would be unfairly prejudicial to him.  On August 4,
2  2021, the Court granted the motion and ordered the trials severed.  All parties are in
3  agreement that the trial of Louie Sanft and Seattle Barrel should precede the trial of John
4  Sanft.

5       3. To accommodate the Court's trial schedule, the Court has adjusted the trial
6  date of Louie Sanft and Seattle Barrel to November 30, 2021.  Given John Sanft's
7  continued belief that the trials should be severed, and the parties' agreement that John
8  Sanft should be tried after Louie Sanft and Seattle Barrel, the parties agree, and the Court
9  hereby finds, that the ends of justice require a continuance of John Sanft's trial to a date
10  after November 30, 2021.  *See United States v. Vega*, 860 F.2d 779, 786 (7th Cir. 1988)
11  (severance "may serve the ends of justice as well as result in some delay," especially in a
12  "complex, multi-defendant trial").

13       4. The next date on which counsel for both parties and the Court are available
14  for trial is March 28, 2022.  The parties agree, and the Court hereby finds, that a delay to
15  this date is necessary to achieve the ends of justice served by the Court's severance order,
16  as well as to allow for continuity of counsel and to allow adequate time for trial
17  preparation following the trial of Louie Sanft and Seattle Barrel.
18  18 U.S.C. 18 § 3161(h)(7)(B)(iv).  Accordingly, the parties submit that the ends of
19  justice served by granting this continuance outweigh the best interests of the public and
20  the defendant in a speedy trial.  The parties further agree that the period of time
21  between the date of this this Order and March 28, 2022, is excludable time within the
22  meaning of Title 18, United States Code, Section 3161(h)(1)(F) and (h)(8)(A).

23       5. The COURT FINDS that the ends of justice will best be served by a
24  continuance and outweigh the best interests of the public and the defendant in a speedy
25  trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

26       6. The COURT FINDS that the failure to grant such a continuance in this case
27  would likely result in a miscarriage of justice because of interests in severance outlined in
28  the Court's severance order, and because failure to order the continuance would deny the

ORDER CONTINUING TRIAL DATE - 2
*United States v. John Sanft*

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

defendant and the government continuity of counsel and adequate time to prepare for trial following the trial of Louie Sanft and Seattle Barrel. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv); and

7. The COURT FINDS that pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the period of delay is reasonable.

Based on these findings it is ORDERED that the period of delay from the date of this Order through March 28, 2022, is excludable time pursuant to Title 18, United States Code, Section 3161 et seq., for purposes of computation of the time limitations imposed by the Speedy Trial Act, Title 18, United States Code, Sections 3161 through 3164. Trial of this matter is hereby continued to March 28, 2022. The parties shall file motions *in limine* no later than February 4, 2022.

DATED this 22nd day of September, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE - 3
*United States v. John Sanft*

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970