The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:19-cr-00258-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO OR TELEPHONIC HEARING |
| JOHN SANFT, | |
| Defendant. | |

This matter came before the Court on the parties' stipulated motion to proceed with guilty plea hearing by video or telephonic hearing. The motion (Dkt. 235) is GRANTED for the reasons stated in the parties' motion. This matter is referred to the Honorable Brian A. Tsuchida for the purpose of conducting a change of plea hearing pursuant to Federal Rule of Criminal Procedure 11. The hearing shall take place by video or remote technology.

DATED this 26th day of January, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
PROCEED BY VIDEO OR TELEPHONIC – 1
*U.S. v. John Sanft* / 2:19-cr-00258-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970