Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JOHN SANFT,<br><br>       Defendant. | Case No. 2:19-cr-00258-RAJ<br><br>ORDER DENYING MOTION<br>TO AMEND JUDGMENT |

THIS MATTER comes before the Court on Defendant John Sanft's Motion to Amend Judgment.  Dkt. 405.  Having considered the motion, the Government's opposition, the Defendant's reply, the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant John Sanft's Motion to Amend Judgment (Dkt. 405) is **DENIED**.

DATED this 16th day of November, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING MOTION
TO AMEND JUDGMENT – 1